**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601
T. 201.265.6400   F. 201.265.0303

1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T.212.354.0111

May 8, 2019

**VIA ECF**

Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Freeman, et al. v. HSBC Holdings plc, et al.*, 14-cv-6601 (PKC)(CLP) ("*Freeman I*")
      *Freeman, et al. v. HSBC Holdings plc, et al.*, 18-cv-7359 (PKC)(CLP) ("*Freeman II*")
      *Bowman, et al. v. HSBC Holdings plc, et al.*, 19-cv-2146 (PKC)(CLP)

Dear Judge Chen:

   Plaintiffs respectfully write in response to Defendants' May 7, 2019 letter. In light of the transfer of these cases today to Your Honor and their unique procedural posture, Plaintiffs join in Defendants' request for a pre-motion conference and request that the conference address the case management of all three cases listed above at the Court's earliest convenience.

   If the Court prefers a detailed response to Defendant's letter in advance of the requested conference, Plaintiffs will, of course, furnish one.

                                    Respectfully submitted,


                                    /s/ Gary M. Osen

cc:   All Counsel